1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   UHURU SUGAL VAUGHN,              Case No. CV 13-7498 SVW (SS)

12               Plaintiff,

13        v.                                  JUDGMENT

14   OFFICER J. CAMACHO, et al.,

15               Defendants.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice.

23

24   DATED: 10/14/15

25        _____

26        STEPHEN V. WILSON
         UNITED STATES DISTRICT JUDGE

27

28